IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPIRA, INC. OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-4415 |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : | |

## **ORDER**

AND NOW, this 5th day of December, 2019, it is ORDERED the oral argument is RESCHEDULED to January 13, 2020, at 2:00 p.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.