IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPIRA, INC. OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-4415 |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : | |

## **ORDER**

AND NOW, this 21st day of January, 2020, upon consideration of Defendant The School District of Philadelphia's Second Motion to Dismiss, Plantiff Aspira, Inc. of Pennsylvania's opposition thereto, the School District's reply, and following the parties' presentations at the January 13, 2020, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 14) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as Aspira's substantive due process claim in Count II is DISMISSED with prejudice; and
- The balance of the Motion is DENIED.

BY THE COURT:

 /s / Juan R. Sánchez
Juan R. Sánchez, C.J.