IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPIRA, INC. OF PENNSYLVANIA, : | |
| : | |
| *Plaintiff*, : | No. 2:19-CV-04415-JS |
| v. : | |
| : | |
| SCHOOL DISTRICT OF PHILADELPHIA : | |
| : | |
| *Defendant*. : | |

## ORDER

AND NOW, this 22nd day of June, 2020, upon consideration of the joint request submitted by counsel for the parties in a letter dated June 17, 2020, it is hereby ORDERED in light of the circumstances set forth in the parties' joint request, all deadlines in the Court's April 3, 2020, Order (ECF No. 29) are extended by 90 days. No further extensions shall be granted.

An amended case management order shall be entered separately.

    /s/ Juan R. Sánchez
JUAN R. SANCHEZ
UNITED STATES DISTRICT CHIEF JUDGE