IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPIRA INC. OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-4415 |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : | |

## **JUDGMENT**

AND NOW, this 10th day of August, 2021, for the reasons stated in the accompanying Memorandum, it is ORDERED judgment is entered in favor of Defendant The School District of Philadelphia and against Plaintiff Aspira Inc. of Pennsylvania on all claims in the Complaint.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.